**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cv-01382-APG-EJY |
| Plaintiff | **Order Closing Case** |
| v. | |
| NICOLAS HARTLEY, | |
| Defendant | |

In light of defendant Nicolas Hartley's motion to withdraw (ECF No. 9) indicating that this case can be closed,

I ORDER the clerk of court to administratively close this case.

DATED this 1st day of October, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE